IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA

*In re:*

W.A.R. LLP, et al.,

Plaintiffs / Appellants

v.                                                                Case No. **12-7010**

WILLIAM CARTINHOUR, JR.,

Defendant / Appellee

------------------------------------------         --------------------------------------------

**TY CLEVENGER'S RESPONSE IN OPPOSITION TO APPELLEE
WILLIAM C. CARTINHOUR'S MOTION FOR SANCTIONS**

NOW COMES Ty Clevenger, counsel for Appellant W.A.R. LLP and Respondent, and responds to Appellee William C. Cartinhour's motion for sanctions as follows:

On December 14, 2012, the Respondent filed a notice and lodged a response (Doc. No. 1410326) to the Appellee's motion for sanctions. In that notice, the Respondent wrote that he intended to "present a more detailed response within ten days of the Court's disposition of Mr. Robertson's petition for rehearing." *Id*. Instead, the Respondent hereby adopts and incorporates Appellant Wade

1

Robertson's Response in Opposition to William C. Cartinhour, Jr.'s Motion for Sanctions (Doc. No. 1415378), with the exception of (1) the full paragraph beginning with "Fifth" on page 15; and (2) Section III on page 16.

>Respectfully submitted,
>
>**/s/ Ty Clevenger**_____
>Ty Clevenger
>Texas Bar No. 24034380
>1095 Meadow Hill Drive
>Lavon, Texas 75166
>Phone:     (979) 985-5289
>Fax:   (979) 530-9523
>Email: tyclevenger@yahoo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served this 16th day of January 2013 upon:

**By ECF**:

    Patrick Kearney

    Selzer, Gurvitch, Rabin, Wertheimer, Polott, Obecny, & Strickland, PC

    4416 East West Highway, Suite 400; Bethesda, Maryland 20814-4568

    ***Attorney for Appellee William C. Cartinhour, Jr.***

                                                                /s/ Ty Clevenger

                                                                Ty Clevenger