# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 12-7010** | **September Term, 2012** |
| | **1:11-cv-01574-RCL** |
| | **Filed On:** January 31, 2013 |

In the Matter of: W.A.R. LLP,

------------------------------

Wade Robertson, Creditor and W.A.R. LLP,

      Appellants

    v.

William C. Cartinhour, Jr.,

      Appellee

    **BEFORE:**    Sentelle, Chief Judge, and Griffith and Kavanaugh, Circuit Judges

### O R D E R

    Upon consideration of appellee's motion for sanctions, the oppositions thereto, and the reply; appellant Wade Robertson's motion for an extension of time to permit the late-filing of a response to the motion for sanctions, the lodged response, the opposition thereto, and the reply; and appellee's motion to strike Ty Clevenger's response in opposition to the motion for sanctions, it is

    **ORDERED** that the motion be granted, and that appellant Wade Robertson and attorney Ty Clevenger pay sanctions to appellee in the amount of double costs and reasonable attorneys' fees incurred by appellee in litigating this appeal. See Fed. R. App. P. 38; D.C. Cir. Rule 38; 28 U.S.C. § 1912 and § 1927. Appellee is directed to submit documentation supporting his request for fees and costs within 30 days of the date of this order. Appellant Robertson and attorney Clevenger are directed to file any response within 14 days thereafter. The responses may not exceed 20 pages. It is

    **FURTHER ORDERED** that appellant's motion for an extension of time to file a response be denied. It is

    **FURTHER ORDERED** that appellee's motion to strike be granted. The Clerk is directed to note the docket accordingly.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-7010**                                                    **September Term, 2012**

    Appellant Robertson and attorney Clevenger are hereby advised that any further frivolous filings in this case may result in both of them being enjoined from filing in this case or from filing any civil appeals or originals actions in this court.

    The Clerk is directed to send a copy of this order to appellant Robertson and attorney Clevenger both by certified mail, return receipt requested and by first class mail.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

           BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk